IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-41-1F
No. 5:12-CR-41-2F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| ANDWELE AKANNI STAFFORD, ) | |
| a/k/a Dwelz ) | |
| ELIHUR PATRICK SCHOFIELD ) | |

At the direction of the Court, and for the continued efficient administration of justice, the this case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, as to all defendants for all further proceedings **All future documents shall reflect the revised case numbers of No. 5:12-CR-41-1BO and/or No. 5:12-CR-41-2BO.**

SO ORDERED. This the 3rd day of July, 2019.

/s/ Peter A. Moore, Jr.
Clerk of Court